Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
_SOUTHERN DISTRICT OF INDIANA_
~~Northern District of Iowa~~

_New Albany_ Division

FILED
04/07/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

_ROBERT A. SOLOMON_
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

_SGT. PHILLIPS, et al._
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 4:23-cv-53-SEB-KMB
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: ROBERT A. SOLOMON
All other names by which you have been known: 
ID Number: JAIL BOOKING #56400
Current Institution: CLARK COUNTY JAIL
Address: 501 EAST COURT AVENUE
JEFFERSONVILLE    IN    47130
    City    State    Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: SGT. PHILLIPS
Job or Title *(if known)*: SERGEANT
Shield Number: UNKNOWN
Employer: CLARK COUNTY JAIL
Address: 501 EAST COURT AVENUE
JEFFERSONVILLE    IN    47130
    City    State    Zip Code
[ ] Individual capacity    [X] Official capacity

Defendant No. 2
Name: OFFICER CUPO
Job or Title *(if known)*: OFFICER
Shield Number: UNKNOWN
Employer: CLARK COUNTY JAIL
Address: 501 EAST COURT AVENUE
JEFFERSONVILLE    IN    47130
    City    State    Zip Code
[ ] Individual capacity    [X] Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: MAJOR O'LOUGHLIN
Job or Title (if known): MAJOR
Shield Number: UNKNOWN
Employer: CLARK COUNTY JAIL
Address: 501 EAST COURT AVENUE
JEFFERSONVILLE, IN 47130
City / State / Zip Code

☐ Individual capacity  ☒ Official capacity

Defendant No. 4
Name: SHERRIFF MAPLES
Job or Title (if known): SHERRIFF OF CLARK COUNTY
Shield Number: UNKNOWN
Employer: CLARK COUNTY JAIL
Address: 501 EAST COURT AVENUE
JEFFERSONVILLE, IN 47130
City / State / Zip Code

☐ Individual capacity  ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

DENIAL OF MEDICAL TREATMENT, RELATING TO UNPRESCRIBED MEDICATION

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*SEE ATTACHED PAGE (HEADLINED PG. 4 SECTION D.)*

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☒ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☒ Other *(explain)* *ON PRETRIAL FEDERAL HOLD*

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*N/A*

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

*CLARK COUNTY JAIL ; BLOCK 1-D ; JEFFERSONVILLE, IN*

ATTACHED AMMENDUM FOR PAGE 4 SECTION D (SEE REVERSE)

ON 17 MARCH 2023 DURING EVENING MEDICATION (P.M. MEDS) AT APPROX. 8:37 P.M. SGT. PHILLIPS ADMINIRSTED TO ME AN UNIDENTIFIABLE MEDICATION.

WHEN HE HANDED IT TO ME, I ASKED IF IT WAS THE RIGHT PILL, AND HE STATED "IT IS."

IMMEDIATELY AFTER TAKING IT I FELT UNSTEADY, LIGHT-HEADED, AND NAUSEOUS. AT THIS POINT I WENT BACK TO BLOCK 1-D'S ENTRY DOOR AND ASKED SGT. PHILLIPS TO CHECK THAT HE HAD GIVEN ME THE CORRECT MEDICATION.

AFTER CHECKING, SGT. PHILLIPS, REALIZED HE HAD GIVEN ME MEDICATION OTHER THAN THAT WHICH WAS PRESCRIBED TO ME.

SGT. PHILLIPS THE GAVE ME MY CORRECT PRESCRIBED MEDICATION AND ADVISED THAT HE WOULD HAVE MEDICAL FOLLOW-UP WITH ME.

ABOUT AN HOUR LATER APPROX. 10 P.M. 17 MARCH 2023, I INFORMED JAIL STAFF THAT I WAS FEELING UNWELL AND SGT. PHILLIPS SENT OFFICER CUPO TO CHECK MY BLOOD PRESSURE. OFFICER CUPO STATED THAT MY BLOOD PRESSURE WAS NORMAL AND SENT ME BACK INTO BLOCK 1-D.

AS OF TODAY'S DATE 28 MARCH 2023 I HAVE YET TO BE SEEN BY JAIL MEDICAL STAFF. I HAVE PUT IN REQUESTS AND GRIEVANCES IN EVERY WAY AVAILABLE TO ME WITH NO RESPONSE. 11 DAYS LATER I AM STILL UNSTEADY, LIGHT-HEADED, AND NAUSEOUS WHICH ARE ABNORMAL FOR ME.

C. What date and approximate time did the events giving rise to your claim(s) occur?

*17 MARCH 2023 AT APPROX. 8:37 P.M.*

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

*SEE ATTACHED PAGE (HEADLINED PAGE 4 SECTION D)*

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

*NO MEDICAL ATTENTION RECEIVED.*

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

*SEE ATTACHED PAGE (HEADLINED PAGE 5 SECTION VI)*

ATTACHED AMMENDUM PAGE 5 SECTION VI

RELIEF SOUGHT:

I AM SEEKING CONTINUED MEDICAL TREATMENT FOR ANY AND ALL PRESENT MEDICAL CONDITIONS THAT ARISE DUE TO BEING GIVEN IMPROPER, UNIDENTIFIED, AND UNPRESCRIBED MEDICATION.

I AM SEEKING A CHANGE TO THIS FACILITIES POLICY OF JAIL STAFF BEING ABLE TO DISPENSE MEDICATION AS MY HEALTH AND WELL-BEING WOULDN'T HAVE BEEN PUT IN QUESTION BY PROPERLY TRAINED MEDICAL STAFF.

I AM SEEKING TO BE FINANCIALLY COMPENSATED FOR THE DETRIMENT TO MY HEALTH THAT THIS HAS CAUSED. SPECIFICALLY AS DUE TO MY CURRENT SYMPTOMS I DOUBT I COULD SAFELY OPERATE A VEHICLE OR WORK IN ANY TYPE OF MANUFACTURING PRODUCTION.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*CLARK COUNTY JAIL; JEFFERSONVILLE, INDIANA*

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

*THE JAIL HAS FAILED/NEGLECTED TO RESPOND TO MY GRIEVANCES.*

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

THROUGH THE CLARK COUNTY JAIL (KIOSK) GRIEVANCE OPTION

2. What did you claim in your grievance?

ALL INFORMATION ON THE ATTACHED PAGE 4 SECTIONS AMMENDUM

3. What was the result, if any?

NO RESPONSE WITHIN THE JAIL'S 10 DAY POLICY

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

AS NO RESPONSE I WROTE DIRECTLY TO SHERRIFF MAPLES

F.  If you did not file a grievance:

   1.  If there are any reasons why you did not file a grievance, state them here:

   N/A

   2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   N/A

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   NO RESPONSE TO LETTER I MAILED TO SHERRIFF MAPLES

   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) N/A
   Defendant(s) N/A

2. Court *(if federal court, name the district; if state court, name the county and State)*
   N/A

3. Docket or index number
   N/A

4. Name of Judge assigned to your case
   N/A

5. Approximate date of filing lawsuit
   N/A

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition. N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) N/A

   Defendant(s) N/A

2. Court *(if federal court, name the district; if state court, name the county and State)*

   N/A

3. Docket or index number

   N/A

4. Name of Judge assigned to your case

   N/A

5. Approximate date of filing lawsuit

   N/A

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition   N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 28 MARCH 2023

Signature of Plaintiff: Robert Solomon
Printed Name of Plaintiff: ROBERT A. SOLOMON
Prison Identification #: JAIL BOOKING # 56400
Prison Address: 501 EAST COURT AVENUE
JEFFERSONVILLE, IN 47130

### B.    For Attorneys

Date of signing: N/A

Signature of Attorney: N/A
Printed Name of Attorney: N/A
Bar Number: N/A
Name of Law Firm: N/A
Address: N/A
N/A, N/A, N/A
Telephone Number: N/A
E-mail Address: N/A